FORM NO. 2 (LF002)

# United States Bankruptcy Court
## Western District of Tennessee

In re  **Larry W. Thomas**
Debtor(s)

Case No.
Chapter  **13**

## CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

DEBTOR(S):   (H) **Larry W. Thomas**    S.S.# **xxx-xx-1662**
(W)    S.S.#

ADDRESS:   **341 Kitchen Dr.**
**Henderson, TN 38340**

PLAN PAYMENT:   Debtor(s) to pay $ **595.00**   (~~weekly~~, ~~every two weeks~~, ~~semi-monthly~~, **monthly**)
PAYROLL DEDUCTION:    OR ( **X** ) DIRECT PAY
BECAUSE:
FIRST PAYMENT DATE:

PLACE OF EMPLOYMENT:
ADMINISTRATIVE:   Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order.

MONTHLY PLAN PMT.

AUTO INSURANCE:   ( ) Not included in Plan   ( ) Included in Plan   $ **-NONE-**
CHILD SUPPORT:   Future support through Plan to    $ **0.00**
Child support arrearage amount    $ **-NONE-**
PRIORITY CREDITORS:   **-NONE-**    $ **-NONE-**

HOME MORTGAGE:   If no arrearage, ongoing payments are to be paid directly by the debtor(s).
**-NONE-**   Ongoing pmt. Begin **N/A**    $ **N/A**
Approx. arrearage **N/A**   Interest **N/A** %   $ **N/A**

SECURED CREDITORS;   VALUE   RATE OF   MONTHLY
(retain lien 11 U.S.C. Sec. 1325{a}{5})   COLLATERAL   INTEREST   PLAN PMT.
**Decatur County Bank**   $ **2,871.52**   **8.00** %   $ **90.00**
**People's Bank**   $ **20,000.00**   **8.00** %   $ **408.00**

UNSECURED CREDITORS:   Percentage to be paid to be determined by Trustee;

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT:   **$53,874.00**

TERMINATION:   Plan shall terminate upon payment of the above, approximately **60** months.

**Rejected Leases**
**-NONE-**:
**Assumed Leases**
**-NONE-**:

FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN. Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts.

DEBTOR'S ATTORNEY:   **KENNETH L. WALKER 6459**
**WALKER LAW OFFICE**
**P.O. BOX 530**
**LEXINGTON, TN 38351**
**731-968-3356 Fax:731-968-3350**